DEFENDANT :      BURTON WAGNER

YEAR OF BIRTH:

ADDRESS:

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   __X__ NO

OFFENSE:   **COUNT 1:**   Title 18, United States Code, Section 1960
    Operation of Unlicensed Money Transmitting Business

    NOTICE OF FORFEITURE

LOCATION OF OFFENSE
(County and State):      Boulder, Colorado

PENALTY:   **COUNT 1:**   NMT 5 years imprisonment; $250,000.00 fine, or both;
    NMT 3 years Supervised Release, $100.00 Special Assessment Fee

    NOTICE OF FORFEITURE

AGENT:   Special Agent Arran McWhirter
    ICE/HSI

AUTHORIZED BY:   Michele Korver
    Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less

_X_ over five days

____ other

THE GOVERNMENT will seek detention in this case.

OCDETF case:  _X_ Yes   _____ No