IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00398-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     BURTON WAGNER,

       Defendant.

_____

**UNITED STATES' FIRST BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY**
_____

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Laura B. Hurd, and hereby files the following First Bill of Particulars:

1.     As set forth in the Indictment returned on October 7, 2014 (Doc. 1), the Forfeiture Allegation stated that upon conviction of the violation alleged in Count One of the Indictment, the defendant shall forfeit to the United States any and all of defendant's right, title and interest in all property, real or personal, involved in such offense, or all property traceable to such property, pursuant to 18 U.S.C. § 982(a)(1).

2.     Accordingly, the United States gives notice that as a result of the violations of 18 U.S.C. § 960, as alleged in Count One of the Indictment, by this reference fully incorporated herein, which are punishable by imprisonment of more than

one year, the United States seeks forfeiture of the Antec Tower Computer (No Serial

Number).

DATED this 4th day of June, 2015.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Laura B. Hurd*
Laura B. Hurd
Assistant U.S. Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: laura.hurd@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ *Raisa Vilensky*
FSA Data Analyst
Office of the U.S. Attorney