**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.   14-cr-00398-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BURTON WAGNER,

        Defendant.
_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT**
_____

The United States of America, by and through United States Attorney John F. Walsh and the undersigned Assistant United States Attorney, respectfully moves to restrict the Document, any Order revealing the contents of that document, and the Brief filed in support of this motion, for the reasons stated in the Brief filed in support of this motion.  The United States requests a "Level 2" Restriction which would make the Document, any Order revealing the contents of that document, and the Brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

Respectfully submitted this 13th day of July, 2015.

                                          JOHN F. WALSH
                                        United States Attorney

                    BY:    *s/Michele R. Korver*
                            MICHELE R. KORVER
                            Assistant U.S. Attorney
                            United States Attorney's Office
                            1225 17th Street, Suite 700
                            Denver, Colorado 80202
                            Telephone: (303)454-0100
                            E-mail:  Michele.Korver@usdoj.gov
                            Attorney for the Government