### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Criminal Case No. 14-cr-0398-WJM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. BURTON WAGNER,

  Defendant.

_____

### ORDER GRANTING MOTION TO RESTRICT ACCESS
_____

This matter is before the Court on the Government's Motion to Restrict Document filed on July 13, 2015 (ECF No. 34). The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

The Government's Motion to Restrict Document is GRANTED. The Documents filed at ECF Nos. 35 and 36 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Government, Defendant Burton and the Court).

Dated this 13th day of July, 2015.

              BY THE COURT:

              _____
              William J. Martínez
              United States District Judge