IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 14-cr-0398-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    BURTON WAGNER

    Defendants.

_____

**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS
INDICTMENT WITHOUT PREJUDICE**
_____

    This matter comes before the Court on the Government's Motion to Dismiss Indictment, filed July 13, 2015 (ECF No. 33).  The Court having considered the Government's Motion and the record, hereby ORDERS as follows:

    The Motion to Dismiss the Indictment is hereby GRANTED.  Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Indictment in the above-captioned matter is hereby DISMISSED WITHOUT PREJUDICE.

    It is FURTHER ORDERED that the Status Conference set for Friday, July 17, 2015 at 3:00 p.m. is **VACATED**.

Dated this 13th day of July, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge