**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Criminal Case No. 14-cr-0398-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  BURTON WAGNER,**

    Defendant.

_____

**ORDER RELEASING PASSPORT**
_____

This matter comes before the Court *sua sponte*.  On July 13, 2015 this Court entered an Order granting the Government's Motion to Dismiss the Indictment as to Burton Wagner (ECF No. 38).  Pursuant to the Order dismissing the Indictment the Court hereby ORDERS the Clerk of the Court to forthwith release the Defendant's passport to Defendant or his counsel.

Dated this 27th day of July, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge