PS 40 (Rev. 12/13) Notice Regarding United States Passport for Criminal Defendant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 JUL 31 PM 12: 13

JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Office of Legal Affairs
U.S. Department of State
CA/PPT/S/L/LA
U.S. Department of State, SA-17A
1150 Passport Service Plaza
Dulles, VA 20189-1150

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294

[✓] **Original Notice**
Date: 10/20/2014
By: A. Garcia Gallegos

[ ] **Notice of Disposition**
Date: _____
By: _____

Defendant: Burton William Wagner
Date of Birth: 03/02/1962
SSN: _____

Case Number: 14-cr-00398-WJM
Place of Birth: Colorado, U.S.A.

**Notice of Court Order** (Order Date: 10/17/2014 )

[ ] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[✓] The above-named defendant surrendered passport number 220380298 and/or passport card number _____ to the custody of the U.S. District Court on 10/20/2014 .

## NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted – Document and copy of judgment enclosed.

Rec'd By /s/ [signature] 7/31/15

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court